VIRGINIA:

IN THE CIRCUIT COURT OF LOUDOUN COUNTY

| | |
|---|---|
| KAREN TLATEMPA,<br>Administrator for the Estate<br>of Eduardo Tlatempa, Deceased<br><br>    Plaintiff,<br><br>v.<br><br>JOHN BEAN TECHNOLOGIES CORPORATION<br>d/b/a JBT AERO TECH<br>SERVE: c/o *RIA* CT Corporation<br>4701 Cox Road, Suite 285<br>Glen Allen, Virginia 23060<br><br>And<br><br>FMC TECHNOLOGIES INC.<br>SERVE: c/o *RIA* CT Corporation<br>4701 Cox Road, Suite 285<br>Glen Allen, Virginia 23060<br><br>And<br><br>FMC CORPORATION<br>SERVE: c/o *RIA* CT Corporation<br>4701 Cox Road, Suite 285<br>Glen Allen, Virginia 23060<br><br>Defendants. | Case No. CL00079837-00 |

## CERTIFICATE OF DISCOVERY

The Clerk will please take notice that on the 20th day of March, 2014, the undersigned served via private process Plaintiff's First Set of Interrogatories to Defendants and Plaintiff's First Requests for Production to Defendants with the summons and complaint on the Defendants, John Bean Technologies Corporation d/b/a JBT AeroTech, FMC Technologies Inc., and FMC Corporation by their registered agent, namely CT Corporation located at 4701 Cox Road, Suite 285, Glen Allen, Virginia 23060.

LAW OFFICES
WARD, MORRISON,
OSS AND WHELAN
31 GARRETT STREET
TRENTON, VIRGINIA 20186
PHONE: (540) 347-1000
FAX: (540) 349-4422

Respectfully submitted,

KAREN TLATEMPA, ADMINISTRATOR
OF THE ESTATE OF EDUARDO
TLATEMPA, DECEASED
By counsel

*Matthew J. Clark* (VSB# 84881)

for Christopher T. Whelan
VSB# 33811
Howard, Morrison, Ross and Whelan
31 Garrett Street
Warrenton, Virginia 20186
T (540) 347-1000
F (540) 349-4422
chris.whelan@hmrwlaw.com
   Counsel for Plaintiff