IN THE UNITED STATES DISTRJCT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| KAREN TLATEMPA, | ) | |
| Administrator for the Estate | ) | |
| of Eduardo Tlatempa, Deceased, | ) | |
| | ) | |
| Plaintiff, | ) | 1:14cv400 (JCC/TCB) |
| | ) | |
| v. | ) | |
| | ) | |
| John Bean Technologies Corporation. | ) | |
| et al., | ) | |
| | ) | |
| Defendants | ) | |

**PLAINTIFF'S LIST OF WITNESSES AND EXHIBITS**

PLAINTIFF KAREN TLATEMPA, by counsel, and pursuant to F.R.Civ.P. 26, L and the Order of this Court dated May 1, 2014, hereby files her List of Witnesses, List of Exhibits, Written Stipulation of Facts, and Rule 26 (a)(3) disclosures.

      Respectfully submitted,

      KAREN TLATEMPA, AS
      ADMINISTRATOR OF THE ESTATE OF
      EDUARDO TLATEMPA, DECEASED,
      PLAINTIFF

      By Counsel

/S/KENNETH WARREN SMITH
Kenneth Warren Smith
VSB No. 18608
1727 King Street, Suite 300
Alexandria, VA 22314
Telephone: (571) 551-6053
Facsimile: (703) 997-8807

And

/S/ TIMOTHY LITZENBURG
Timothy Litzenburg
VSB No. 76988

The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
Tel (540) 672-4224
Fax (540) 672-3055
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August, 2014, I electronically filed the foregoing with the Clerk of Court and served all counsel of record herein by using the CM/ECF system.

/S/KENNETH WARREN SMITH
KENNETH WARREN SMITH

## PLAINTIFF'S LISTOF WITNESSES

A.     **Witnesses Expected to be Called to Testify at Trial:**

1. Cpl K. Bucy, MWAA, Dulles, VA

2. Kimberly Allen, MWAA-EMS, Dulles, VA

3. Todd Bevans, MWAA-EMS, Dulles, VA

4. Johnny Prodromo, 43853 Delightful Place, Ashburn, VA 20147, (571) 235-3407

5. James Greathouse, United Airlines employee, Dulles, VA

    9749 Westwood Rd, Catlett, VA 20119, (571) 247-6774

6. Doug Richter, United Airlines employee, Dulles, VA

7. Roger Goddard, United Airlines employee, Dulles, VA

8. Billy Hoover, United Airlines employee, Dulles, VA

9. Mario Jimenez, United Airlines employee, Dulles, VA

10. Steve Smith, United Airlines employee, Dulles, VA,

    14 Heron Ct., Charles Town, WV 25414, (571) 501-6752

1. Eric Davis, JBT, Orlando, FL

2. Nicolaas Heemskerk, JBT Orlando, FL

3. Sharon R Chittenden, D.O., Assistant Chief Medical Examiner, Com. Va.

4. Joanne Whitlock, Reviewing Medicolegal Death Investigator, Com. Va.

5. Peter Leiss, P.E., Robson Forensic, Inc. 354 North Prince   St Lancaster, PA 17603, 717.286.9319

6. Nancy Grugle, Ph.D., Robson Forensic, Inc., Denver, CO    303-388-0372

7. Lurito, Richard PhD**,** R L Inc, 1491 Chain Bridge Road # 202, Mc Lean, VA 22101

8. Karen Tlatempa

9. Yvette Tlatempa

B. **Witnesses who are expected to testify via deposition:**

1. Eric Davis, JBT, Orlando, FL

2. Nikolaas Heemskerk, Orlando, FL

C. **Witnesses who may be called if the need arises:**

1. Jim Tallant, Swissport, Dulles

2. Andrew Alexander, United Airlines, Dulles

3. Gregory Pinelli, United Airlines, Dulles

4. Jheron Bacosa

5. Mazin Hallaj, MD, Reston Hospital Center

6. Margaret Griffen, MD, Inova Fairfax Hospital

7. Kathy Katusha, MD, (Death Certificate), 8503 Arlington Blvd Ste 140, Fairfax, Virginia 22031-4629, (703) 876-9300

8. Andre Hackett, United Airlines employee

9. Jon Stanton, United Airlines employee

10. George Lamay, MWAA, Dulles, VA

11. MWAA Custodian of Records, Dulles, VA

12. Reston Hospital Custodian of Records

13. Inova Fairfax Hospital Custodian of Records

14. United Airlines Custodian of Records for Dulles

15. Custodian of Records for McLaughlin Funeral Home

16. Eduardo Tlatempa Aquino, Sur 24 numero 362 col agridola oriental. Delegacion iztacalco CP08 500 Mexico DF

17. Gloria Tlatampa Lopez, Sur 24 numero 362 col agridola oriental. Delegacion iztacalco CP08 500 Mexico DF

## **PLAINTIFF'S LISTOF EXHIBITS**

1. MWAA Death Report

2. MWAA Photograph of Scene

3. MWAA Photograph of Scene

4. MWAA  Photograph of Scene

5. MWAA Photograph of Scene

6. MWAA Photograph of Scene

7. MWAA Photograph of Scene

8. Virginia Department of Labor and Industry, Occupational Safety and Health Compliance, Citation and Notification of Penalty

9. Virginia DOLI Video DSCF0037.avi

10. Virginia DOLI Video DSCF0053.avi

11. Virginia DOLI photo DSCF0035.jpg

12. Virginia DOLI photo DSCF0036.jpg

13. Virginia DOLI photo DSCF0037.jpg

14. Virginia DOLI photo DSCF0038.jpg

15. Virginia DOLI photo DSCF0039.jpg

16. Virginia DOLI photo DSCF0040.jpg

17. Virginia DOLI photo DSCF0041.jpg

18. Virginia DOLI photo DSCF0042.jpg

19. Virginia DOLI photo DSCF0043.jpg

20. Virginia DOLI photo DSCF0044.jpg

21. Virginia DOLI photo DSCF0045.jpg

22. Virginia DOLI photo DSCF0047.jpg

23. Virginia DOLI photo DSCF0048.jpg

24. Virginia DOLI photo DSCF0049.jpg

25. Virginia DOLI photo DSCF0050.jpg

26. Virginia DOLI photo DSCF0051.jpg

27. Virginia DOLI photo DSCF0052.jpg

28. Virginia DOLI photo DSCF0053.jpg

29. United Airlines Accident Report for April 24, 2010 Incident

30. Selected portions of 30(b)(6) deposition of Eric Davis

31. Eric Davis email 4/5/2011

32. Gregory Pinelli email 4/4/2011

33. Photograph of Boeing 777

34. Photograph of cargo bay door

35. Photograph of cargo bay locks

Case 1:14-cv-00400-JCC-TCB   Document 38   Filed 08/20/14   Page 7 of 10 PageID# 381

36. Photograph of cargo bay locks

37. Photograph of CL218

38. Photograph of raised folding wing from side

39. Photograph of locking pin and spring

40. Photograph of handle

41. Photograph of decal

42. Photograph of decals

43. Photograph of decal

44. Photograph of decal

45. Photograph of decal

46. Photograph of bracket and measuring tape

47. Photograph of bracket and measuring tape

48. Photograph of locking pin and measuring tape

49. Photograph of locking pin and measuring tape

50. Photograph of rear of loader

51. Photograph of powered rollers

52. Photograph of cargo bins or "cans"

53. Andrew Alexander email 4/20/2011

54. Eric Davis email 4/8/2011

55. Jason Yenor email 4/2/2011

56. Selected portions of 30(b)(6) deposition of Nnicolaas Heemskerk

57. Uniteddair0000095

58. Product Safety Committee Meeting 1/26/2011 (JBT003316)

59. Product Safety Committee Meeting 2/23/2011 (JBT003317)

60. Product Safety Committee Meeting 3/9/2011 (JBT003318)

61. Heemskerk email 9/21/26 (JBT003319)

62. FMC Commander Commander 15i Technical Bulletin #10 - Manual Wing Locking Pin Improvement (JBT003319)

63. Heemskerk email 9/21/2006 (JBT003327- JBT003328)

64. Heemskerk email 9/21/2006 (JBT003329- JBT003331)

65. Meeting Minutes 104" Wing, Powered vs. Non-Powered Roller Feb. 3, 2003 (JBT003335- JBT003337)

66. JBT Commander 15i Hazard Analysis 3/19/2014 (JBT004170- JBT004183)

67. Excerpts Commander 15 Operating Manual Jan 1995

68. Photograph

69. Photograph

70. Photograph

71. Photograph

72. Photograph

73. Photograph

74. Photograph

75. Photograph

76. Photograph

77. Photograph

78. Certificate of Naturalization

79. Medical Examiner Report

80. Death Certificate

81. Certificate/Letter of Qualification

82. Summary of Medical and Other Pecuniary Losses

83. Airports Authority Emergency Medical Services bill

84. Reston Hospital Center bill

85. Fairfax Radiological Consultants bill

86. Inova Fairfax Hospital bill

87. McLaughlin Funeral Home bill1

88. MWAA Pre-Hospital Care Report

89. Reston Hospital Center Medical Records

90. Inova Fairfax Hospital selected medical records

91. State of New Jersey Child Support

92. Poems by Karen Tlatempa

93. Photo of Eduardo Tlatempa in hospital

94. Inova Fairfax Hospital bill